

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of C.T., a Child

No. 06-21-00050-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 88720). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the phrase "§ 22.011 (sexual assault)" from the Ground L findings and replacing it with "§ 22.021 (aggravated sexual assault of a child)." As modified, the judgment of the trial court is affirmed.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 17, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk